```
                IN THE UNITED STATES BANKRUPTCY COURT
                 FOR THE NORTHERN DISTRICT OF ILLINOIS
                           EASTERN DIVISION

IN RE: EZELL & GLORIA A. MOODY          )
       FKA GLORIA A. BROWN              )
                                        )
Wells Fargo Bank, N.A.,                 )
            Creditor,                   )
                                        )
    vs.                                 ) CASE NO. 09B00916
                                        ) JUDGE A. Benjamin Goldgar
EZELL & GLORIA A. MOODY                 )
FKA GLORIA A. BROWN,                    )
            Debtor                      )
```

**RESPONSE TO NOTICE OF PAYMENT OF FINAL MORTGAGE CURE**

Now comes Wells Fargo Bank, N.A., by and through its attorneys, Pierce & Associates, P.C., and hereby responds to the Notice of Payment of Final Mortgage cure, stating as follows:

1. The Debtor is due for the August 2010 contractual payment and all those thereafter.
2. The following is an itemization of the amounts due on the loan as of July 22, 2010:

   a. Attorney's Fees                                    $250.00
   b. Payments (August 2010)   (1 @ $1,403.41)   $1,403.41
   c. Property Inspections                                $15.00
   d. Suspense                                          -$425.90
   Total                                              $1,242.51

If no challenge to foregoing is made by motion filed with the court and serviced on the undersigned and the trustee within thirty days of this notice Wells Fargo Bank, N.A. rights to collect these amounts will be unaffected.

                                   Respectfully Submitted,
                                   Wells Fargo Bank, N.A.

                                   /s/Christopher M. Brown__
                                   Christopher M. Brown
                                   ARDC#6271138
                                   Pierce and Associates, P.C.
                                   1 North Dearborn
                                   Suite 1300
                                   Chicago, Illinois 60602
                                   (312)346-9088